# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| NATHAN SMITH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-8 |
| | * | |
| v. | * | |
| | * | |
| MS. FNU HOFF; KAREN BREDESEN-MAURY; LISA JACOBS; RICHARD LONG; THOMAS KANE; and KATINA WHEELER, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DISMISSES as moot** all pending Motions, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of October, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)